## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Anastazja WOJTACH          )
A 26 955 526              )
        Plaintiff,      )
                     )
        v.            )
                     )    No: 08 C 559
Michael Chertoff, et al.     )
                     )

### STIPULATED MOTION TO WITHDRAW COMPLAINT

It is hereby stipulated that the above captioned action may be dismissed with prejudice.

This case is now moot as the Plaintiff has been sworn in as a U.S. citizen on March 20, 2008.

There was no status date set for this case.

Dated:  March 20, 2008

Attorney for Plaintiff

Christopher Grobelski

Christopher Grobelski, Esq.
Attorney at Law  # IL 6283003
6601-25 W. Irving Park Rd.
Suite 222
Chicago, IL 60634
Ph   (773) 282-0600
Fax (773) 282-0603